HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
MARIA HERNANDEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIA HERNANDEZ,<br><br>Defendant. | No. Cr. S 11-097 KJM<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: Honorable KIMBERLY J. MUELLER |

Defendant, MARIA HERNANDEZ by and through her attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On November 9, 2013, this Court sentenced Ms. Hernandez to a term of 87 months imprisonment;

3. Her total offense level was 33, her criminal history category was I, the resulting guideline range was 135 to 168 months, and she received a reduction from the low end of the applicable guideline range on the government's motion;

4. The sentencing range applicable to Ms. Hernandez was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Ms. Hernandez's total offense level has been reduced from 33 to 31, and her amended guideline range is 108 to 135 months; a reduction comparable to the one received at the initial sentencing would produce a term of 71 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Ms. Hernandez's term of imprisonment to 71 months.

Respectfully submitted,

| | |
|---|---|
| Dated: January 30, 2015 | Dated: January 30, 2015 |
| BENJAMIN B. WAGNER<br>United States Attorney | HEATHER E. WILLIAMS<br>Federal Defender |
| /s/ *Jason Hitt*<br>JASON HITT<br>Assistant U.S. Attorney | /s/ *David M. Porter*<br>DAVID M. PORTER<br>Assistant Federal Defender |
| Attorney for Plaintiff<br>UNITED STATES OF AMERICA | Attorney for Defendant<br>MARIA HERNANDEZ |

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Ms. Hernandez is entitled to the benefit Amendment 782, which reduces the total offense level from 33 to 31, resulting in an amended guideline range of 108 to 135 months. A reduction comparable to the one received at the initial sentencing would produce a term of 71 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in November 2013 is reduced to a term of 71 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above

reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Ms. Hernandez shall report to the United States Probation Office within seventy-two hours after her release.

Dated:   February 4, 2015.

_____
UNITED STATES DISTRICT JUDGE