UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Kimberly J. Mueller<br>United States District Judge<br>Sacramento, California | **RE:** **Maria Hernandez**<br>**Docket Number:  2:11-CR00097-02**<br>**<u>PERMISSION TO TRAVEL</u>**<br>**<u>OUTSIDE THE COUNTRY</u>** |

Your Honor:

Maria Hernandez is requesting permission to travel to Mexico City, Mexico, between May 17, 2016 and May 31, 2016.  Maria Hernandez is current with all supervision obligations, and the probation officer recommends approval be granted.  Ms. Hernandez will be traveling to Mexico with her mother and sisters and staying with family members while in Mexico.

**Conviction and Sentencing Date:**   On October 9, 2013, Maria Hernandez was sentenced for the offense(s) of 21 USC 846 and 841(a)(1), Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine (CLASS A FELONY).

**Sentence Imposed:**  She was originally sentenced to 87 months in the Bureau of Prisons and 60 months supervised release.  On February 23, 2015, her sentence was reduced to 71 months.

**Dates and Mode of Travel:**  Ms. Hernandez and her family plan to travel by private vehicle to Tijuana, Mexico.  There they plan to fly from Tijuana, Mexico to Mexico City, Mexico.

**Purpose:**  Ms. Hernandez indicated she is requesting travel to visit family members, including her aging grandmother.

**RE:     Maria Hernandez**
         **Docket Number:  2:11-CR00097-002 KJM**
         <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>


                        Respectfully submitted,

                        /s/ Yasmin Villegas

                        YASMIN VILLEGAS
                        Sr. United States Probation Officer


Dated:   April 12, 2016
         Visalia, California
         YV
                            /s/ Lonnie E. Stockton
**REVIEWED BY:       LONNIE E. STOCKTON**
                    **Supervising United States Probation Officer**

---

## ORDER OF THE COURT


         ☒     Approved        ☐     Disapproved



**April 13, 2016**                              UNITED STATES DISTRICT JUDGE
**Date**

2